# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEMS OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> TREEHOUSE FOODS, INC., SAM K. REED, DENNIS F. RIORDAN and CHRISTOPHER D. SLIVA, <br><br> Defendants. | Case No.: 16-CV-10632 <br><br> Hon. Robert M. Dow |

## AGREED MOTION TO EXTEND SCHEDULE

Plaintiff Public Employees' Retirement Systems of Mississippi, individually and on behalf of all others similarly situated, and Defendants TreeHouse Foods, Inc., Sam K. Reed, Dennis F. Riordan, and Christopher D. Sliva, by their undersigned attorneys, hereby jointly move for the Court to enter the Proposed Amended Schedule, attached hereto as Exhibit A. In support thereof, the Parties state as follows:

1. Plaintiff filed its initial complaint on November 16, 2016, alleging class action claims against Defendants, followed by an Amended Complaint on March 24, 2017. (Dkt. 1, 45.)

2. On May 26, 2017, Defendants filed their motion to dismiss. (Dkt. 58.) By July 28, 2017, the motion was fully briefed by all Parties. (Dkt. 61, 64.)

3. After the Court denied Defendants' motion to dismiss on February 12, 2018, the Parties submitted a Joint Status Report, attaching a Proposed Schedule on April 23, 2018. (Dkt. 86.) The Court adopted the Parties' Proposed Schedule on April 25, 2018. (Dkt. 88.)

4. Pursuant to the entered schedule, Plaintiff served its opening expert report on class certification and filed its motion for class certification on July 13, 2018. (Dkt. 93, 94.)

5. During this time, the parties began the process of discovery.

6. On August 20, 2018, and again on September 20, 2018, the Parties filed agreed motions to extend schedule (Dkt. 95, 100), both of which the Court granted (Dkt. 97, 102).

7. Pursuant to the entered schedule, Defendants filed their opposition to Plaintiff's motion for class certification on October 8, 2018. (Dkt. 106.)

8. On November 12, 2018, the Parties filed an agreed motion to stay proceedings to allow them to explore potential mediation to resolve their dispute. (Dkt. 108.) The Court granted the motion on November 19, 2018. (Dkt. 110.)

9. On December 27, 2018, the Parties submitted to the Court a Joint Letter Regarding the Status of Mediation, informing the Court that the Parties were in the process of determining dates for mediation and requesting that the Court continue the stay. (Dkt. 117.) The Court granted the request to continue the stay and requested that the Parties file a joint status report no later than March 29, 2019. (Dkt. 118.)

10. The Parties engaged in mediation and have not settled the dispute.

11. As a result, the Parties now seek to resume the litigation and submit a Proposed Amended Schedule, attached hereto as Exhibit A.

12. Defendants' counsel conferred with Plaintiff's counsel regarding this extension and Plaintiff's counsel has agreed to the requested extension.

13. This motion is not made for purposes of harassment or undue delay, nor is it due to any oversight or lack of diligence on the part of the Parties.

14. None of the Parties will be prejudiced by the requested extension.

WHEREFORE, the Parties respectfully request that the Court grant the agreed motion and enter the Proposed Amended Schedule attached hereto as Exhibit A.

Dated: March 29, 2019

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/James P. Smith III
Attorneys for Defendants

Dan K. Webb
Matthew R. Carter
WINSTON & STRAWN LLP
Chicago, Illinois 60601
(312) 558-5600
dwebb@winston.com
mcarter@winston.com

James P. Smith III (admitted pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4633
Facsimile: (212) 294-4700
jpsmith@winston.com

ROBINSON CURLEY & CLAYTON, P.C.

By: /s/ C. Philip Curley
C. Philip Curley
Alan F. Curley
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
Tel.: (312) 663-3100
Fax: (312) 663-0303
pcurley@robinsoncurley.com
acurley@robisnoncurley.com

*Attorneys for Lead Plaintiff the Public Employees' Retirement System of Mississippi and Liaison Counsel for the Class*

Chet B. Waldman
Robert C. Finkel
Matthew Insley-Pruitt
Elissa Hachmeister
WOLF POPPER LLP
845 Third Avenue, 12th Floor

New York, New York 10022
Tel.: (212) 759-4600
Fax: (212) 486-2093
cbwaldman@wolfpopper.com
rfinkel@wolfpopper.com
minsley-pruitt@wolfpopper.com
ehachmeister@wolfpopper.com

Jeffrey W. Chambers
WOLF POPPER LLP
2929 Allen Parkway, Suite 200
Houston, TX 77019
Telephone: (713) 438-5244

*Attorneys for Lead Plaintiff the Public Employees' Retirement System of Mississippi and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and served on all counsel of record via CM/ECF system on March 29, 2019.

                                             /s/      James P. Smith

## Exhibit A

## Proposed Amended Schedule

| Event | Proposed Deadline |
| --- | --- |
| Deadline for Parties to refile class certification motion, opposition, and supporting papers | April 3, 2019 |
| Deadline to depose Defendants' class certification experts | May 3, 2019 |
| Plaintiff to serve reply expert report, reply in support of class certification | May 17, 2019 |
| Hearing on Class Certification | TBD |
| Substantial completion of document production | August 2, 2019 |
| Deadline to file document discovery motions | October 18, 2019 |
| Completion of fact discovery (including fact depositions) | January 10, 2020 |
| Disclosure of expert witnesses on the merits and service of opening expert reports | February 28, 2020 |
| Disclosure of rebuttal expert witnesses, if any, and service of rebuttal reports | April 10, 2020 |
| Service of any reply expert affidavit | June 5, 2020 |
| Completion of expert discovery | August 2, 2020 |
| Summary Judgment, Daubert, and other dispositive motions | September 20, 2020 |
| Summary Judgment Oppositions | November 1, 2020 |
| Summary Judgment Replies | December 13, 2020 |
| Pre-Trial Order | 90 days after ruling on summary judgment |