**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Annemarie Tarara, et al.
                 Plaintiff,

v.                                         Case No.: 1:16−cv−10632
                                              Honorable Robert M. Dow Jr.

Treehouse Foods, Inc., et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

     MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' agreed motion for extension of time [123] and motion for leave to file under seal [127] are granted. Plaintiff's motion to certify class [125] is taken under advisement. Case is to proceed according to the schedule set out in Exhibit A to Docket Entry 123. After review of the full briefing on the motion for class certification, which is due to be completed on 5/17/2019, the Court will determine whether to issue a ruling by mail or set the matter for motion hearing. Notice of motion date of 4/10/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.