UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TREEHOUSE FOODS, INC., SAM K. REED, DENNIS F. RIORDAN and CHRISTOPHER D. SLIVA,<br><br>Defendants. | Case No.: 16-CV-10632 |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL SETTLEMENT APPROVAL, APPROVAL OF AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND APPROVAL OF PLAN OF ALLOCATION**

Lead Plaintiff[1], on behalf of itself and the Class, and Lead Counsel, respectfully submit this Supplemental Memorandum of Law ("Memorandum"), under Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, et seq., as amended ("PSLRA"), and all other applicable laws and rules, in further support of Lead Plaintiff's Motion for Final Settlement Approval, Approval of an Award of Attorneys' Fees and Reimbursement of Expenses, and Approval of Plan of Allocation ("Final Approval Motion"), including the request therein that the Court award Lead Plaintiff its reasonable costs and expenses (including lost wages) directly relating to the representation of the Class ("Plaintiff PSLRA Award").

[1] All capitalized terms not defined herein have the meanings as defined in the Stipulation of Settlement, dated July 13, 2021 (the "Stipulation"), which is filed at Dkt. No. 173.

Notwithstanding the widespread notice provided to potential Class Members, no Class Member has objected to the Settlement, the proposed Plan of Allocation, Lead Counsel's fee and expense application, or the Plaintiff PSLRA Award. In addition, A.B. Data, Ltd. ("A.B. Data"), the Claims Administrator, has received only two requests for exclusion from potential Class Members. As discussed below, this overwhelmingly positive reaction of the Class further demonstrates that the Settlement, the proposed Plan of Allocation, Lead Counsel's fee and expense application, and the Plaintiff PSLRA Award are fair and reasonable, and should be approved.

**The Reaction of the Class Strongly Supports Approval of the Settlement, the Plan of Allocation, and the Requested Attorneys' Fees and Reimbursement of Litigation Expenses**

Lead Plaintiff and Lead Counsel respectfully submit that the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Settlement Approval, an Award of Attorneys' Fees, Reimbursement of Expenses, and Approval of Plan of Allocation (Dkt. No. 185) ("Final Approval Motion") describes the excellent result achieved by the Settlement, and sufficiently illustrates why the Settlement, the proposed Plan of Allocation, Lead Counsel's fee and expense application, and the Plaintiff PSLRA Award are fair, reasonable and adequate.

The allotted time for Class Members to submit objections to the Settlement or request exclusion from the Class lapsed on October 17, 2021. Supplemental Declaration of Chet B. Waldman, Esq. in Support of Lead Plaintiff's Motion for Final Settlement Approval, Approval of an Award of Attorneys' Fees and Reimbursement of Expenses, and Approval of Plan of Allocation ("Supp. Waldman Decl.") ¶ 9. In accordance with the extensive plan for disseminating notice of the Settlement to the Class Members approved by the July 28, 2021 Preliminary Approval Order (Dkt. No. 178): Summary Notice was published on August 27, 2021 over PR Newswire; the settlement website, www.treehousesecuritieslitigation.com, became operational on August 17, 2021; the toll-free number, 877-888-4955, became operational on August 17, 2021; and 56,068

Notices and Proof of Claims and Release forms ("Notice packets") were mailed by First-Class Mail, postage prepaid, to all putative Class Members. Supp. Waldman Decl. ¶¶ 4-8.

"The Seventh Circuit has instructed district courts to evaluate the amount of opposition to a settlement among affected parties in deciding whether to approve a class-action settlement." *Schulte v. Fifth Third Bank,* 805 F. Supp. 2d 560, 586 (7th Cir. 2011) (citing S*ynfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 653 (7th Cir. 2006)). "Significant opposition to a proposed settlement by interested parties should signal to a court that the settlement should not be approved." *Kolinek v. Walgreen Co*., 311 F.R.D. 483, 495 (N.D. Ill. 2015) (citation omitted). That "99.9% of class members have neither opted out nor filed objections…is strong circumstantial evidence in favor of the settlement." *Schulte,* 805 F. Supp. 2d 586 (quotation omitted).

Here, the Parties have received *no* objections to the Settlement, the fee and expense application, or the Plan of Allocation, and only two requests for exclusion. Supp. Waldman Decl. ¶¶ 9, 10. Of the 56,068 Notice packets circulated amongst potential Class Members, this represents a miniscule 0.00356% electing to opt-out. The lack of objections and *de minimis* opt-outs overwhelmingly support granting the Final Approval Motion. *See, e.g.*, *Hale v. State Farm Mut. Auto. Ins. Co.*, No. 12-0660-DRH, 2018 U.S. Dist. LEXIS 210368, at *23 (S.D. Ill. Dec. 13, 2018) (listing similar cases with little-to-no objections or opt-outs, finding that when "the percentage of the Class that has expressed any disapproval of the litigation or settlement is 0.001%," this supports final approval).

**CONCLUSION**

For the foregoing reasons, Lead Plaintiff and Lead Counsel respectfully request that the Court: (i) finally approve the Settlement; (ii) approve the proposed Plan of Allocation; (iii) award attorneys' fees in the amount of 25% of the Settlement Fund plus interest; (iv) award $327,242.20

as reimbursement for the reasonable litigation expenses that Plaintiff's Counsel incurred in connection with the prosecution and resolution of the Litigation; and (v) award $47,935.00 to Lead Plaintiff as reimbursement for MSPERS' costs and expenses (including lost wages) directly related to its representation of the Class.

Dated: November 2, 2021

Respectfully submitted,

_/s/ *Chet B. Waldman*_______
WOLF POPPER LLP
Chet B. Waldman
Robert C. Finkel
Matthew Insley-Pruitt
Antoinette Adesanya

845 Third Avenue, 12th Floor
New York, New York 10022
Tel.: (212) 759-4600
Fax: (212) 486-2093
cbwaldman@wolfpopper.com
rfinkel@wolfpopper.com
minsley-pruitt@wolfpopper.com

*Attorneys for Lead Plaintiff the Public Employees' Retirement System of Mississippi and Lead Counsel for the Class*

_/s/ *C. Philip Curley*_________________
ROBINSON CURLEY P.C.
C. Philip Curley
Alan F. Curley

300 South Wacker Drive, Suite 1700
Chicago, IL 60606
Tel.: (312) 663-3100
Fax: (312) 663-0303
pcurley@robinsoncurley.com
acurley@robisnoncurley.com

*Attorneys for Lead Plaintiff the Public Employees' Retirement System of Mississippi and Liaison Counsel for the Class*